UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPIRE MERCHANTS, LLC,<br><br>    Plaintiff,<br><br>  -against-<br><br>CHARLES MERINOFF and<br><br>GREGORY BAIRD,<br><br>    Defendants<br><br>CHARLES MERINOFF and<br><br>GREGORY BAIRD,<br><br>    Counterclaim-Plaintiffs,<br><br>  -against-<br><br>EMPIRE MERCHANTS, LLC,<br><br>    Counterclaim-Defendant. | No. 16-CV-9590 (JMF)<br><br>**<u>NOTICE OF MOTION</u>** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings had herein, and such argument as may be received by this Court at the time of a hearing, Defendants Charles Merinoff and Gregory Baird (together "**Defendants**"), by and through their undersigned counsel, will move this Court before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 54(b) certifying as final, for purposes of appeal, the Court's Orders denying Defendants advancement of their attorneys' fees and expenses incurred following the filing, by Plaintiff Empire

Merchants, LLC, of an Amended Complaint in the action captioned *Empire Merchants, LLC v. Reliable Churchill LLLP*, No. 16-CV-05226(ARR) (E.D.N.Y.); and for such other and further relief as the Court may deem just and proper.

Pursuant to Local Civil Rule 6.1(b), Empire's answering papers are to be served and filed by February 9, 2018, and Defendants' reply papers are to be served and filed by February 16, 2018.

Dated: New York, New York
      January 26, 2018

                              BOIES SCHILLER FLEXNER LLP

                              ___/s/_ Sean F. O'Shea_____

                              Sean F. O'Shea
                              575 Lexington Avenue
                              New York, New York 10022
                              Tel: (212) 446-2300
                              Fax: (212) 446-2350
                              soshea@bsfllp.com

                              Helen M. Maher
                              333 Main Street
                              Armonk, New York 10504
                              Tel: (914) 749-8200
                              Fax: (914) 749-8302
                              hmaher@bsfllp.com

                              *Attorneys for Defendants Charles Merinoff and Gregory Baird*