UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

EMPIRE MERCHANTS, LLC,

    Plaintiff and Counterclaim-Defendant,

    -against-                                No. 16-CV-9590 (JMF)(SN)

CHARLES MERINOFF and
GREGORY BAIRD,

    Defendants and Counterclaim-Plaintiffs.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Avi Weitzman of Gibson, Dunn & Crutcher LLP, an attorney admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Plaintiff and Counterclaim-Defendant Empire Merchants, LLC.

Dated: New York, New York
       February 5, 2018

Respectfully submitted,

By:   /s/ Avi Weitzman
       Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
E-mail: aweitzman@gibsondunn.com

*Attorney for Plaintiff and Counterclaim-Defendant Empire Merchants, LLC*